EDWARD ELLIS, DEFENDANT IN ERROR, v. ERIE RAILROAD COMPANY, PLAINTIFF IN ERROR.

Submitted December 10, 1901—Decided March 3, 1902.

On error to the Supreme Court.

For the plaintiff in error, *Cortlandt Parker* and *Cortlandt Parker, Jr.*

For the defendant in error, *Frederick E. Hodge.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given in the opinion of Mr. Justice Hendrickson. 37 *Vroom* 451.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, VAN SYCKEL, GARRISON, FORT, GARRETSON, PITNEY, KRUEGER, ADAMS, VREDENBURGH, VOORHEES, VROOM. 12.

*For reversal*—None.